# First District Court of Appeal
## State of Florida

_____

No. 1D2022-2255
_____

CHARLES EARL JOHNSON JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John F. Simon, Jr., Judge.

January 29, 2025

PER CURIAM.

AFFIRMED. *Parks v. State*, 371 So. 3d 392 (Fla. 1st DCA 2023), *rev. granted*, No. SC2023-1355, WL 370043 (Fla. Jan. 31, 2024).

ROBERTS, BILBREY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Victor D. Holder, Assistant Public Defender, Tallahassee, for Appellant.

Attorney General and Robert Charlie Lee, Assistant Attorney General, Tallahassee, for Appellee.